# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN LEE JEREMIAH, | : | CIVIL NO: 1:20-cv-01915 |
| | : | |
| Plaintiff, | : | (Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| | : | |
| WARDEN BRUCE KOVACH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
June 29, 2022

On June 22, 2022, defendants Kovach, Smink, and Northumberland County (collectively "the defendants") filed a partial motion to dismiss Count V of Jeremiah's third amended complaint with a brief in support. *Docs. 53, 54.* On June 29, 2022, counsel for Jeremiah filed a stipulation, agreeing to the dismissal of Count V with prejudice. *Doc. 55* at 2. Accordingly, **IT IS ORDERED** that the defendants' partial motion to dismiss Count V of Jeremiah's third amended complaint is **GRANTED.  IT IS FURTHER ORDERED** that the defendants shall answer the remainder of Jeremiah's third amended complaint within 12 days of this Order.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge